Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

_____ Division

Jeffrey Gibson
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

US 1952 School Tax Act-Law
Susquehanna Twf, J.P. Harris
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:24-cv-179
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

**RECEIVED**

FEB 1 3 2024

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jeffrey Gibson
Address: 1912 Franklin Ave
Harrisburg PA 17109
*City* — *State* — *Zip Code*
County: Dauphin Co.
Telephone Number:
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: US. United States Congress and Senate,
Job or Title (if known):
Address: U.S 1952 School Tax Act - Law
*City* — *State* — *Zip Code*
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name: Susquehanna Twp
Job or Title (if known): 1900 Linglestown Rd.
Address: Harrisburg PA 17110
*City* — *State* — *Zip Code*
County: Dauphin Co.
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

Defendant No. 3
- Name: J.P. Harris Associates
- Job or Title (if known): P.O. Box 226
- Address: Mechanicsburg  PA  17055

  | City | State | Zip Code |

County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
- Name:
- Job or Title (if known):
- Address:

  | City | State | Zip Code |

County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Claim for Relief.
One million U.S. dollars. from Susquehanne Twp. J.P. Harris
for miss Legal use of the 1952 School Act-Law

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

---

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

---

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Claim is that Susquhanna TWP School Texes are total to hight. Under 1952 School Tax Act-Law the Tax was never to go above $4.00 each 20 years. not what ever the School want or not.

B. What date and approximate time did the events giving rise to your claim(s) occur? Please note Susquhanna TWP School along with other School have a Rain day fund of over 100 million dollars. and did the School Tex come down No.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(1) note under the 1952 School Tex Act-Law the School Taxes were not to go above $4.00 dollars per year.

(2) the Federal court has the power to Rule on this matter. fair School Texes on all United States. Please also note in the South and West School Texes are Super lower.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The people of United States have the Rights to fair and lower School Taxes.
Penna has Rain day funds per School area, who get the money. and yearly banking Sub added money.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Claim for Relief.
(1) One million dollars on Susquahanna Twp. for Super hight School Tax. J.P. Harris.
(2) up date the 1952 School Tax Act-Law for all the united States. from $4.00.
(3) Penna Rain day School funds, be order to buy U.S. bond at $0 million dollar. and all Sub bank payment per year come under Federal checks and use. Per Penna School Areas.